IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GLEN McDANIEL                                                                                    PLAINTIFF

                v.                           Civil No. 6:13-cv-06135

DONNY (last name unknown),
Driver, Prison Transportation
Service; SHERIFF WATSON; and
JOHN DOE DOCTOR                                                                            DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed pursuant to the provisions of 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.* Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3)(2013), the Honorable Susan O. Hickey, United States District Judge, referred this case to the undersigned for the purpose of making a report and recommendation.

By order entered on November 13, 2013 (ECF No. 7), Plaintiff was directed to advise the Court whether he intended to list Driver Donny as a Defendant or only as a witness. Plaintiff was directed to respond to the order by November 29, 2013. He did not respond.

On December 11, 2013, a show cause order was entered (ECF No. 13). Plaintiff was given until December 30th to file his response to the show cause order and to state whether he intended the transport officer to be a named Defendant. Plaintiff was given until December 30, 2013, to respond. He has not responded to the order.

However, as there was a change of address entered during this time period, Plaintiff was given until **January 10, 2014,** (ECF No. 15) to respond to the show cause order. Plaintiff has not responded. This order has not been returned as undeliverable.

I therefore recommend that this action be dismissed with prejudice based on Plaintiff's failure

-1-

to obey the orders of this Court and his failure to prosecute this action.  Fed. R. Civ. 41(b).  The dismissal of this case will constitute a strike under the 28 U.S.C. § 1915(g).  The Clerk should be directed to place a § 1915(g) strike flag on the case.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 17th day of January 2014.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE