IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

GLEN McDANIEL                                                                                    PLAINTIFF

vs.                                         Civil No. 6:13-cv-6135

DONNY (last name unknown),
Driver, Prison Transportation
Service; SHERIFF WATSON; and
JOHN DOE DOCTOR                                                                          DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed January 17, 2014 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 16). Judge Bryant recommends that the above-styled case be dismissed with prejudice for failure to prosecute and failure to follow a court order. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

The dismissal of this action constitutes a strike under the PLRA. For this reason, the Clerk is directed to place a § 1915(g) strike flag on the case.

**IT IS SO ORDERED**, this 7th day of February, 2014

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge